I mean, it's cool, because I think that you might still configure yourself according to the rules. If our resources are getting very limited and basically we have to change aproximately everything that exists that matters to us. So, I also want to perhaps give a few pointers on this. They're going to put you into trouble because they're not going to do what each member is going to do however. And I just, I think that's actually not possible to do. The actual spelling of this is that it's sort of a really under paraphrased case because it's the type of system where there is sort of inter-category success and거든요 that you can see on publication, all are going to know pricing from authors, publisher, and the authors are going to say, so this might now be the case of those first book of paid-for authors. There are just a bunch of authors who haven't actually tried to define HahaHa Hiring HahahaHiring Hinton Sisters, I think there are some of these other entertainers. Oh, so there seem to be both authors who think that too. It is said in a preaching all this about these teenagers and hedgehogs particularly. Well, we are looking to turn it into a true good best book of Abigail Hinton and I think his, I think her colleagues, I think it was during court there, he said did the judge make any findings of fact or conclusions at all? If they didn't make any findings of fact or conclusions at all, he would already suggest that this normally doesn't come out in some direct mail. It's usually coming to us with the effect of insistence abuse. Why don't we just wait for Hinton Sisters to find anything back? There are a lot of instances where Hinton Sisters didn't do a good job. I recall you didn't know whether he read the main book he gave us. This is where it is. I don't recall Hinton Sisters. I don't recall. He may have. Thank you, Judge. For the record, the court has ruled that in this morning's hearing, Justice McFarland's case, notice of substance abuse to the order of estate, can be deemed to be a case of three versus six charges. The facts of the substance abuse case hold true. The plaintiff has talked to the two victims. The court has agreed to find the two victims at the very lowest point in the argument. To me, this court is one person versus one. The plaintiff's cause is fair. The state has heard the court's decision. The court has found that the two victims were one and one is a case of six charges. I have to reiterate that in the case of this case, your Honor, I'm going to be discussing several points. This is one of the areas in the Senate. You have 27 months to settle 1345. That'll be the exact number. You have 27 months to settle 1345. The court has agreed to find the two victims at the very lowest point in the argument. To me, this court is one person versus one. The plaintiff has talked to the two victims.  The court has your opinion. Do you understand the nature of the suit? Yes. Do you understand the elements of the charge? Yes. Do you understand the factual basis of the plea? Yes. Were those facts true? Yes. Has your moving friend reviewed the plea agreement? Yes. Has he vetted all the questions and has revised the jury? Yes. Do you relate the charge? Yes. Has he reviewed the understanding? Yes. Do you think he knew that contract? Yes. Would the top-down understand why he didn't understand the nature of the plea? Well, he didn't understand the nature of the plea. In other words, he disclosed to the city and the city council that he has a case to see next. He didn't. And he didn't disclose to the other city council members of the city council. You have a new city manager's attitude. Yes. She's focused in jury on her two separate cases. What's her strategy? That's her strategy. That's her strategy. The mere fact that she's doing this there is not enough. You have to trust her. Has the truth of the prosecutor said you are your client and is turning to a different person to do better? Yes. And put a simple spouse to him. And the new court said, hey, you have these medals, it's a lot of money, you should raise some money for this. And he's still turning to you, right? Yes. He's still turning to you. I read the record. I'm having a tough time understanding why he wants to turn to me like that. It's all in his head. It's all in his head. Yes. It's all in his head. It's all in his head. What the judge said, he was trying to talk him out of it, even in that instance. Having been a judge in a particular situation, you want to make sure he knows what he's getting into. Did he know what the restitution was? Did he know he had two different restitution memos? He was given a chance to withdraw by the district judge, and you're saying, well, maybe he's thinking he should get out now. Mr. Cooley, there are some positive evidence in this case. In his reading of this, the utility cost savings system is really described in Genesis 7-100, which is at least one page per page, 6-1-1-2. In Genesis 7-100, it says, The cost of being a substitute in this counsel, that is Foster, made myself as a possible case. Beginning January 1, 2013, Mr. Foster wrote to the prosecutor that Mr. Barrett's open restitution Though not particularly corrupt, he got a year in prison. By February, again, Mr. Foster wrote to the attorney's office, Inclining to Mr. Barrett's offer, Mr. Barrett was consumed in his family. He says also, My understanding is that Mr. Barrett's bonuses are limited. In return for the offer, we are, of course, wondering if you are able to split the package. So, Mr. Barrett wants his kids to be peace and love from his own parents. By February, again, Mr. Foster writes another e-mail, He says Mr. Barrett's bonuses are limited. In return for the offer, Mr. Barrett still wants his own men. Would you consider allowing me to extend the offer? By February, again, Mr. Foster wrote, He would change the restitution, but did not try to keep it from any others. On March 2, Mr. Foster wrote, My understanding is that Mr. Barrett's bonuses are limited. In return for the offer, Mr. Barrett still wants his own men. On March 2, Mr. Foster also wrote, I would change the restitution, but did not try to keep it from any others. On March 2, Mr. Foster wrote,  Mr. Foster, Mr. Barrett, Mr. Foster, Would you consider extending your bonuses on the knowing of the voluntary waiver? Which is one of the ways where the waiver is not a deal to vote on? What is my standard of review? Your standard of review, Mr. Barrett, In order to produce this waiver, the knowing and voluntary part of it is the public's standard of review. What do you do with the U.S. versus European standard of review? Well, I'm sorry to interrupt, but what do you do with the European standard of review? Well, the thing that I'm worried about here is the internal one. I realize we have a waiver model in the purpose of the waiver allocation. And then a general waiver is produced for the length that you have a general review. What is the length of the knowing and voluntary? It seems to be that it's an abuse of discretion. So that limits of your waiver because, as the court said, it was knowing and voluntary. But when we control the length, for instance, for a general review, how do I get past that? Your view, court, Mr. Barrett, it seems to me that you even suggest that the court did not follow the goal of a recall waiver at all. The court did not follow the purpose of a recall. However, it does serve its purpose here. It serves its purpose. It serves its purpose. It serves its purpose. So you're suggesting that even though the court does not follow Rule 11, that what we're really looking for in this particular situation is not whether there's a variance with Rule 11, but whether there's a variance of a substantial amount. That's correct, Your Honor. In this case, the word must be transcribed. The process would be subject to restitution. The defendant is only entitled to have the court advise the defendant that the court has the authority to order restitution. A jury in this case provides that information to the defendant. Mr. Barrett, do you have any idea under Rule 11, there is no ineffective assistance to counsel for a minor? No, Your Honor. Given that the court found that Mr. Cuellar's guilty of the most informed contention in their ruling, there seems to be no violation of the defendant's rights to witness counsel. Because the defendant made this choice out of self-conflict of interest. He made this decision based on the facts of the time he was charged. Well, as I understand it, a waiver of ineffective assistance to counsel is not enforceable when the defendant is challenging the voluntary justice waiver. However, the court found that the defendant in this case voluntarily gave in to this waiver instead of being sued by his former client. Mr. Cuellar, do you have any assistance to counsel? Yes, I do. And that is the ineffective assistance to counsel. And if this record is to be found, I can make this determination to no avail. Yes, Your Honor. And I believe that the court's opinion in regard to the subject of this report is that the defendant's support differs in terms of the facts of the case. For one, the court agrees with the facts of the case. I think the court's opinion in this case is different. Mr. Cuellar, do you have any assistance to counsel? Yes, Your Honor. And I believe that the court's opinion in regard to the subject of this report is that the defendant in this case voluntarily gave in to this waiver instead of being sued by his former client. For one, the court agrees with the facts of the case. I think the court's opinion in regard to the subject of this report is that the defendant in this case voluntarily gave in to this waiver instead of being sued by his former client. Mr. Cuellar, do you have any assistance to counsel? The court did not find that the defendant in this case voluntarily gave in to this waiver instead of being sued by his former client. And the court did not find that the defendant in this case voluntarily gave in to this waiver instead of being sued by his former client. Mr. Cuellar, do you have any assistance to counsel? Mr. Cuellar, I've been in this position for the last 13 years, being an advocate in this situation. I supported values for good and gave it for abuse. Why did you give a case offer to the Court of Prohibition? How did it make you feel? Did you find that the case was competent in the end? Mr. Cuellar, we both support the non-voluntary assistance to counsel waiver. You know, I agree with all the issues. It's sad that we didn't get the effectiveness assistance to counsel. And, frankly, the waiver of that claim is not enforceable if the voluntariness is challenged. Mr. Cuellar, in this case, you don't need an R.G. waiver.  You didn't need to go through a whole hearing for an R.G. change for a non-voluntary assistance, did you? No. That's not in the case. You went after a whole hearing on the all-inclusive assessment that's all being made. All-inclusive in the whole hearing and 100% ofheet. There is a case filed for you. This is a case file for this apartment. It's just one of those. And I'm going to hand it over to you. And I'm going to try to ask you a couple of questions. My worry is that your car, after having the hearing, didn't make any money. No, it didn't make any money. So you didn't complete it. Yes. So you didn't complete it. Yes. So you didn't complete it. Yes. So the situation is, while you are in the Department of Health and Human Services, you will see that the Department of Health and Human Services, regardless of whether you have a name or a name, you are found to have damaged or terrible hearing. It's important to discuss this in the defense, as opposed to further reports. And so it's important that you discuss this in the defense. You are used to this. I'm used to hearing this. It's part of the Department of Health and Human Services. It's also based on part of what Mr. Foster said. Mr. Foster said that during the time that he was dealing with his condition, Mr. Coyner had a very hard time seeing me. And Mr. Foster let me know that Mr. Coyner knew what was going on. And, in this case, he also said that he knew that Mr. Coyner only had one lunch hour in order to understand the condition that he was in. And, in this case, Mr. Coyner didn't suspect that based on the earlier draft that had been issued from Mr. Foster, or the earlier edition that he had discussed with Mr. Foster. Mr. Coyner also communicated to him four hours before being interviewed. Mr. Coyner had been interviewing him. Mr. Coyner also communicated to Mr. Foster. We had a communication team. It was a team for Mr. Coyner. He was going to see us and have questions for him, especially to Mr. Foster. So, Mr. Coyner, in 2005, you were sentenced to five years in prison. How do you feel about that? How do you feel about that? How do you feel about that? In the case, where Mr. Coyner was sentenced to five years in prison, in this court, there was no one there. I was there. And this is a case where this court said, this is a case for a year in prison. So, in the case of the prosecutor, what that suggested, was that there was a lot of waiting and waiting and more workshop cases. And of course, the prison judge sang song, because it was the end of the world and the end of the world
judges: Bybee, N.R. Smith, Korman